IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BRAYAN R. NUNEZ CRISANTO<br>    Plaintiffs | § § § | |
| VS. | § § | C.A. NO. 3:18—CV-01270-B |
| CALADAN OCEANIC, LLC<br>    Defendants | § § | |

## JOINT REPORT REGARDING MEDIATION

COMES NOW, Plaintiff, BRAYAN R. NUNEZ CRISANTO, and Defendant, CALADAN OCEANIC, LLC and files this Joint Report in accordance with the Court's Scheduling Order (Dkt. Entry No. 29) and Mediation Order (Dkt. Entry 36).

Per the Court's Mediation Order the parties will be mediating with Mark Gilbert of Lyon, Gorsky & Gilbert, L.L.P. (CBS Tower, 12001 N. Central Expressway, Suite 650, Dallas, Texas 75243) on Friday, March 15th, 2019.

                                Respectfully Submitted,

                                SCHECHTER, MCELWEE, SHAFFER & HARRIS, LLP


                                By:    /s/Matthew D. Shaffer
                                    MATTHEW D. SHAFFER
                                    TBA # 18085600
                                    FED I.D. #: 8877
                                    DENNIS M. MCELWEE
                                    TBA # 13587820
                                    3200 Travis, 3rd Floor
                                    Houston, Texas 77006
                                    TEL:       (713) 524-3500
                                    FAX:       (713) 751-0412
                                    Email: Mshaffer@smslegal.com
                                    Email: Dmcelwee@smslegal.com

                                    - AND -

                                    Edward W. Sampson III
                                    TBA # 90001985

Law Offices of Edward W. Sampson, PC
3710 Rawlins Street, Suite 1230
Dallas, Texas 75219-4277
Telephone: (214) 880-1789
Facsimile: (214) 220-1233
Email: Edwardwsampson@gmail.com

**ATTORNEYS FOR PLAINTIFF
BRAYAN R. NUNEZ CRISANTO**

- AND -

GRAY REED & MCGRAW LLP


By:  */s/ Kenneth C. Stone*
   KENNETH C. STONE
   State Bar No. 19296300
   Email: kstone@grayreed.com
   RUSSELL E. JUMPER
   State Bar No. 24050168
   Email: rjumper@grayreed.com
   SKYLER Y. STUCKEY
   State Bar No. 24079411
   Email: sstuckey@grayreed.com
   1601 Elm Street, Suite 4600
   Dallas, Texas 75201
   Telephone: (214) 954-4135
   Facsimile: (214) 953-1332

   - AND -

   WAGNER LEGAL
   SCOTT A. WAGNER
   3050 Biscayne Blvd., #904
   Miami, FL 33137
   Telephone: (305) 459-3005
   Direct: (305) 768-9247
   By: /s/ Scott A. Wagner
   Scott Wagner, Esq.
   Florida Bar No. 10244
   sw@WagnerLegalCo.com

   **ATTORNEYS FOR DEFENDANT
   CALADAN OCEANIC, LLC**

## **CERTIFICATE OF SERVICE**

   I hereby certify that a true and correct copy of the foregoing was served upon all known counsel of record in accordance with the Federal Rules of Civil Procedure on this 7th day of March, 2019, properly addressed as follows:

Kenneth C. Stone
Russell E. Jumper
Skyler Y. Stuckey
GRAY REED & MCGRAW LLP
1601 Elm Street, Suite 4600
Dallas, Texas  75201
Telephone:  (214) 954-4135
Facsimile:  (214) 953-1332
Email: kstone@grayreed.com
Email:  rjumper@grayreed.com
Email:  sstuckey@grayreed.com

AND

Scott A. Wagner
WAGNER LEGAL
3050 Biscayne Blvd., #904
Miami, FL 33137
Telephone: (305) 459-3005
Direct: (305) 768-9247
Email: sw@WagnerLegalCo.com

**ATTORNEYS FOR DEFENDANT
CALADAN OCEANIC, LLC**

            */s/ Matthew D. Shaffer*
            **MATTHEW D. SHAFFER**